ACCEPTED
01-14-00850-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 12:33:44 PM
CHRISTOPHER PRINE
CLERK

# HOGAN & HOGAN

APPELLATE ADVOCACY AND TRIAL STRATEGY

PENNZOIL PLACE
711 LOUISIANA • SUITE 500
HOUSTON, TEXAS 77002

**JENNIFER BRUCH HOGAN**
Board Certified • Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/5/2015 12:33:44 PM
CHRISTOPHER A. PRINE
Clerk

February 5, 2015

*Via TexFile*
Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> Re: No. 01-14-00850-CV; *In Re State Farm Lloyds, et al.*; in the First Court of Appeals, Houston, Texas.

Dear Mr. Prine:

Please note that Jennifer Bruch Hogan will present the oral argument on behalf of Rosie Hansen, Real-Party-In-Interest. The oral argument is set for Wednesday, February 11, 2015, at 1:30 p.m.

All counsel are being notified by electronic service. Thank you for your assistance.

Sincerely,

*/s Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Attorney for Real-Party-In-Interest,
Rosie Hansen

JBH/jlc

45431_1

February 5, 2015
Christopher A. Prine, Clerk
Fourteenth Court of Appeals
Page 2

c:

Dale M. "Rett" Holidy
GERMER, PLLC
Three Allen Center
333 Clay Street, Suite 4950
Houston, Texas 77002
*Via TexFile*

J. Steve Mostyn
THE MOSTYN LAW FIRM
3810 W. Alabama
Houston, Texas 77027
*Via TexFile*

M. Micah Kessler
NISTICO, CROUCH & KESSLER, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
*Via TexFile*